POLSTON, J., dissenting.
*1087 The Third District's decision in its entirety states the following:
Any error by the trial court in admitting the hearsay statements at issue was, at best, harmless. See § 59.041, Fla. Stat. (2015) ("No judgment shall be set aside or reversed ... on the ground of ... the improper admission or rejection of evidence ... unless in the opinion of the court to which application is made, after an examination of the entire case it shall appear that the error complained of has resulted in a miscarriage of justice.").
Affirmed.
Rodriguez v. State , 215 So.3d 194, 195 (Fla. 3d DCA 2017).
Because there are insufficient facts and analysis in the Third District's decision, I would decline to exercise jurisdiction in this case. Therefore, I respectfully dissent.
CANADY, C.J., and LAWSON, J., concur.